

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00388-CR

Raymundo Jimenez **MOLINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Edwards County, Texas
Trial Court No. 2252
Honorable Robert Rey Hofmann, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

SIGNED July 9, 2025.

Lori Massey Brissette, Justice